Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−24061−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Wisnovsky | Linda Wisnovsky |
| 3 Wendy Terrace | 3 Wendy Terrace |
| Garfield, NJ 07026 | Garfield, NJ 07026 |

Social Security No.:
  xxx−xx−1508                                xxx−xx−8465

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/31/20 and a confirmation hearing on such Plan has been scheduled for 3/10/21.

The debtor filed a Modified Plan on 3/1/21 and a confirmation hearing on the Modified Plan is scheduled for 04/14/2021 AT 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 2, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-24061-SLM

Michael Wisnovsky  Chapter 13

Linda Wisnovsky

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 186 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127 |
| 519102057 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519062044 | | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519062045 | | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519062046 | | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062052 | | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 519081175 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519106060 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519062058 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519062060 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 519062061 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 519120661 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519062062 | | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062063 | | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062075 | | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062076 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 519062078 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2021 21:40:58 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062051 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 02 2021 20:33:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519062042 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:40:06 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519111974 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:41:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062043 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:39:20 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519062046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:05 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062047 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 186 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| 519062048 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:34:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519062049 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:34:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519062050 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2021 20:34:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519062053 | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2021 20:34:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 519062054 | Email/Text: mrdiscen@discover.com | Mar 02 2021 21:39:21 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519067278 | Email/Text: mrdiscen@discover.com | Mar 02 2021 20:34:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519062055 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2021 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519062056 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 02 2021 20:34:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519062057 | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 21:40:51 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519069692 | Email/PDF: cbp@onemainfinancial.com | Mar 02 2021 20:34:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519062059 | Email/PDF: cbp@onemainfinancial.com | Mar 02 2021 21:40:45 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519075089 | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 21:40:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519062064 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519062065 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:14 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062066 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:47 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 519062067 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:15 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 519062068 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:15 | SYNCB/LA-Z Boy, c/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519062069 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:01 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519062070 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:47 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 519062071 | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:15 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519062062 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:15 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062063 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:33 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519121013 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:20 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519064170 | + Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:40:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | Mar 02 2021 21:40:01 | Synchrony Bank, c/o of PRA Receivables |

Case 20-24061-SLM    Doc 19    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: 186 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062072 | Email/Text: documentfiling@lciinc.com | Mar 02 2021 20:33:00 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 519062073 | Email/Text: documentfiling@lciinc.com | Mar 02 2021 20:33:00 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 519062074 | Email/Text: documentfiling@lciinc.com | Mar 02 2021 20:33:00 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 519062075 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:06 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519123420 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:40:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062077 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2021 20:35:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519081181 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519081182 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519084019 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 02, 2021 | Form ID: 186 | Total Noticed: 52 |

                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                magecf@magtrustee.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5