Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  20–24061–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Michael Wisnovsky | Linda Wisnovsky |
|---|---|
| 3 Wendy Terrace | 3 Wendy Terrace |
| Garfield, NJ 07026 | Garfield, NJ 07026 |

Social Security No.:
   xxx–xx–1508                              xxx–xx–8465

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      4/6/21
Time:        02:30 PM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

---

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney,

COMMISSION OR FEES
$4,969.85

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

       ☐     will not reduce the amount to be paid to general unsecured creditors under the plan.

       ☑     will reduce the amount to be paid to general unsecured creditors under the plan as follows: If granted the amount paid to the general unsecured creditors will be reduced by the amount of the fee application

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 15, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-24061-SLM

Michael Wisnovsky                                                                          Chapter 13

Linda Wisnovsky

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 4

Date Rcvd: Mar 15, 2021                                Form ID: 137                                 Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127 |
| 519102057 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519062044 | | Capital One/Lord & Taylor, PO Box 30255, Salt Lake City, UT 84130-0253 |
| 519062045 | | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519062052 | | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 519081175 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519134200 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519106060 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519062058 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519062060 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 519062061 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 519120661 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519062076 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 519062078 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2021 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2021 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 00:11:54 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062051 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 15 2021 21:10:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519062042 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 15 2021 23:48:09 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519111974 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 15 2021 23:49:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062043 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 00:11:26 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519134775 | + | Email/Text: bnc@bass-associates.com | Mar 15 2021 21:11:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519127988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:48:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | Mar 16 2021 00:13:11 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
|---|---|---|---|
| 519062047 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 15 2021 21:11:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519062048 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 15 2021 21:11:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519062049 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 15 2021 21:11:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519062050 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Mar 15 2021 21:11:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 519062053 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 15 2021 23:58:52 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519062054 | Email/Text: mrdiscen@discover.com | | |
| | | Mar 15 2021 21:11:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519067278 | Email/Text: mrdiscen@discover.com | | |
| | | Mar 15 2021 21:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519062055 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 15 2021 21:11:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519062056 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Mar 15 2021 23:59:13 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519062057 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 15 2021 21:11:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519130600 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 15 2021 23:48:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519069692 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Mar 15 2021 23:47:44 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519062059 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Mar 15 2021 23:47:43 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519132975 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 15 2021 21:11:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519129195 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 16 2021 00:11:55 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519128751 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 15 2021 21:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519075089 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 15 2021 21:12:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519062064 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 15 2021 23:47:42 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062065 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 16 2021 00:11:08 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 519062066 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 16 2021 00:11:09 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 519062067 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 15 2021 23:47:44 | SYNCB/LA-Z Boy, c/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519062068 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 16 2021 00:11:09 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519062069 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 15 2021 23:58:20 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 519062070 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 16 2021 00:11:10 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Mar 15, 2021 | Form ID: 137 | Total Noticed: 59

| 519062071 | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 00:11:10 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062062 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:59:58 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062063 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:59:51 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519121013 | + Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:47:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519064170 | + Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 00:11:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062072 | Email/Text: documentfiling@lciinc.com | Mar 15 2021 21:10:00 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 519062073 | Email/Text: documentfiling@lciinc.com | Mar 15 2021 21:10:00 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 519062074 | Email/Text: documentfiling@lciinc.com | Mar 15 2021 21:10:00 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 519062075 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:49:24 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519123420 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 15 2021 23:59:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062077 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 15 2021 21:13:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519081181 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519081182 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519084019 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021    Signature:    /s/Joseph Speetjens

District/off: 0312-2            User: admin            Page 4 of 4

Date Rcvd: Mar 15, 2021            Form ID: 137            Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5