BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re:  MICHAEL WISNOVSKY            Atty:  BRIAN GREGORY HANNON
      LINDA WISNOVSKY                      LAW OFFICE OF NORGAARD O'BOYLE
      3 WENDY TERRACE                    184 GRAND AVENUE
      GARFIELD,  NJ  07026                 ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 20-24061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $128,890.00**

## RECEIPTS AS OF 01/14/2022      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/21/2021 | $1,600.00 | | 02/18/2021 | $1,600.00 | |
| 03/17/2021 | $2,000.00 | | 04/21/2021 | $2,150.00 | |
| 05/19/2021 | $2,150.00 | | 06/16/2021 | $2,150.00 | |
| 07/21/2021 | $2,150.00 | | 08/18/2021 | $2,150.00 | |
| 09/15/2021 | $2,150.00 | | 10/27/2021 | $2,230.00 | |
| 12/08/2021 | $2,170.00 | | 12/16/2021 | $59.99 | |
| 01/07/2022 | $2,170.00 | | | | |

**Total Receipts: $24,729.99  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $24,729.99**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | |
| | 05/17/2021 | $1,828.90 | 8,002,272 | 06/21/2021 | $4,042.00 | 8,002,325 |
| | 08/16/2021 | $2,021.00 | 8,002,427 | 09/20/2021 | $816.40 | 8,002,474 |
| | 11/17/2021 | $2,118.50 | 8,002,576 | 12/13/2021 | $2,061.50 | 8,002,628 |
| | 01/10/2022 | $2,118.49 | 8,002,677 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,527.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,195.45 | 100.00% | 8,195.45 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 479.58 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 507.27 | * | 0.00 | |
| 0003 | CAVALRY SPV I LLC | UNSECURED | 668.17 | * | 0.00 | |
| 0004 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 20-24061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | LVNV FUNDING LLC | UNSECURED | 2,534.74 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 191.80 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 1,674.34 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 1,009.16 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 333.63 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 34,156.54 | * | 0.00 | |
| 0011 | CREDIT FIRST NA | UNSECURED | 1,820.80 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 589.39 | * | 0.00 | |
| 0013 | DISCOVER BANK | UNSECURED | 1,961.61 | * | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 26,594.09 | 100.00% | 15,006.79 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 2,275.47 | * | 0.00 | |
| 0016 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 79.84 | * | 0.00 | |
| 0017 | NISSAN-INFINITI LT | SECURED | 0.00 | 100.00% | 0.00 | |
| 0018 | ONEMAIN | UNSECURED | 9,608.36 | * | 0.00 | |
| 0019 | PNC BANK | MORTGAGE ARRE | 28,502.35 | 100.00% | 0.00 | |
| 0020 | QUALITY DENTAL CARE, P.C. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK | UNSECURED | 515.58 | * | 0.00 | |
| 0022 | SYNCHRONY BANK | UNSECURED | 1,838.16 | * | 0.00 | |
| 0023 | SYNCHRONY BANK | UNSECURED | 2,118.73 | * | 0.00 | |
| 0024 | SYNCHRONY BANK | UNSECURED | 577.82 | * | 0.00 | |
| 0025 | SYNCHRONY BANK | UNSECURED | 664.29 | * | 0.00 | |
| 0026 | SYNCHRONY BANK | UNSECURED | 2,178.58 | * | 0.00 | |
| 0027 | SYNCHRONY BANK | UNSECURED | 1,991.42 | * | 0.00 | |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 417.64 | * | 0.00 | |
| 0029 | CITIBANK NA | UNSECURED | 803.12 | * | 0.00 | |
| 0030 | CITIBANK NA | UNSECURED | 758.38 | * | 0.00 | |
| 0032 | TELECOM SELF REPORTED/DISNEYPLUS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | TELECOM SELF REPORTED/NETFLIX | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | TELECOM SELF REPORTED/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK NA | UNSECURED | 824.15 | * | 0.00 | |
| 0037 | UTILITY SELF REPORTED/PUBLIC SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | WEBBANK/FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 404.21 | * | 0.00 | |
| 0043 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 264.29 | * | 0.00 | |
| 0044 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 361.63 | * | 0.00 | |
| 0045 | CAVALRY SPV I LLC | UNSECURED | 627.10 | * | 0.00 | |
| 0046 | JPMORGAN CHASE BANK NA | UNSECURED | 3,497.99 | * | 0.00 | |
| 0047 | JPMORGAN CHASE BANK NA | UNSECURED | 2,771.08 | * | 0.00 | |
| 0048 | JPMORGAN CHASE BANK NA | UNSECURED | 607.47 | * | 0.00 | |
| 0049 | KOHLS DEPARTMENT STORE | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | UNITED STATES TREASURY/IRS | UNSECURED | 2,428.47 | * | 0.00 | |
| 0051 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 154.86 | * | 0.00 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 242.76 | * | 0.00 | |

**Total Paid:  $24,729.99**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $24,729.99      -     Paid to Claims: $15,006.79     -     Admin Costs Paid: $9,723.20     =     Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.