Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−24061−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Wisnovsky
   3 Wendy Terrace
   Garfield, NJ 07026

   Linda Wisnovsky
   3 Wendy Terrace
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−1508

   xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/5/22 at 02:30 PM

to consider and act upon the following:

*37* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Third Application for Compensation for Norgaard, O'Boyle & Hannon, Debtor's Attorney, period: 5/18/2021 to 2/3/2022, fee: $647.50, expenses: $13.60. Filed by Brian Gregory Hannon, Norgaard, O'Boyle & Hannon. Objection deadline is 3/3/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order)) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/28/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court