UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Brian G. Hannon, Esq. (BH - 3645)

Order Filed on March 9, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael and Linda Wisnovsky

Debtors.

Case No.:   20-24061

Chapter:   13

Judge:   SLM

# REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 9, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that    Norgaard, O'Boyle & Hannon   , the applicant, is allowed a fee of $   647.50   for services rendered and expenses in the amount of $ 13.60    for a total of $   661.10   . The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 2,280.00 per month for the remaining 46 months beginning with the March, 2022 payment to allow for payment of the above fee.

*rev.8/1/15*

2