UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53100
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

Order Filed on April 7, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-24061

Adv. No.

In Re:

MICHAEL WISNOVSKY
LINDA WISNOVSKY

Hearing Date: 3-9-2022

Judge: (SLM)

# ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered three (3) is hereby **ORDERED**.

**DATED: April 7, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors: Michael and Linda Wisnovksy / 53100
Case No: 20-24061
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital, with the appearance of Brian Gregory Hannon, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. dba Chrysler Capital ("Santander") is the holder of a first purchase money security interest encumbering a 2017 Subaru Outback bearing vehicle identification number 4S4BSADC4H3224004.

2. That commencing with their April 2022 monthly payment, the debtors are to make regular monthly payments directly to Santander Consumer USA Inc. dba Chrysler Capital in accordance with the terms of the loan agreement.  If the debtors fail to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Santander shall be entitled to stay relief upon filing a certification of nonpayment with the court and serving it on the debtors, their attorney, and the chapter 13 trustee.

**(Page 3)**
Debtors: Michael and Linda Wisnovksy / 53100
Case No: 20-24061
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

3. That the debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA Inc. dba Chrysler Capital must be listed as loss payee.  If the debtors fail to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtors, their attorney, and the chapter 13 trustee.

4. That the debtors are to pay a counsel fee of $438.00 to Santander through their chapter 13 plan.