UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53100
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc. dba Chrysler Capital

In Re:

MICHAEL WISNOVSKY
LINDA WISNOVSKY

Order Filed on April 7, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-24061

Adv. No.

Hearing Date: 3-9-2022

Judge: (SLM)

## ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered three (3) is hereby **ORDERED**.

**DATED: April 7, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors: Michael and Linda Wisnovksy / 53100
Case No: 20-24061
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital, with the appearance of Brian Gregory Hannon, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. dba Chrysler Capital ("Santander") is the holder of a first purchase money security interest encumbering a 2017 Subaru Outback bearing vehicle identification number 4S4BSADC4H3224004.

2. That commencing with their April 2022 monthly payment, the debtors are to make regular monthly payments directly to Santander Consumer USA Inc. dba Chrysler Capital in accordance with the terms of the loan agreement.  If the debtors fail to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Santander shall be entitled to stay relief upon filing a certification of nonpayment with the court and serving it on the debtors, their attorney, and the chapter 13 trustee.

**(Page 3)**
Debtors: Michael and Linda Wisnovksy / 53100
Case No: 20-24061
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

3. That the debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Santander Consumer USA Inc. dba Chrysler Capital must be listed as loss payee.  If the debtors fail to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtors, their attorney, and the chapter 13 trustee.

4. That the debtors are to pay a counsel fee of $438.00 to Santander through their chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-24061-SLM

Michael Wisnovsky  Chapter 13

Linda Wisnovsky

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Apr 07, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Gregory Hannon
     on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Gregory Hannon
     on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com
     sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
     on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
     magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6