UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Michael Wisnovsky & Linda Wisnovsky,

Debtors.

Case No.:       20-24061-SLM

Chapter:             13

Hearing Date:    10/12/2022

Judge:              Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 3 Wendy Terrace (Docket # 45)

_____

Date: 10/10/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*