Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−24061−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Wisnovsky
3 Wendy Terrace
Garfield, NJ 07026

Linda Wisnovsky
3 Wendy Terrace
Garfield, NJ 07026

Social Security No.:
xxx−xx−1508

xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 15, 2021.

On 12/8/22 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             January 11, 2023
Time:             08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 8, 2022
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-24061-SLM |
| Michael Wisnovsky | Chapter 13 |
| Linda Wisnovsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 08, 2022 | Form ID: 185 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127 |
| 519062060 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 519062061 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 519062076 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 519062078 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 08 2022 20:52:18 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062051 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 08 2022 20:37:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519102057 | | Email/Text: BKPT@cfna.com | Dec 08 2022 20:37:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519062042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 20:52:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519111974 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 20:52:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062043 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 20:52:21 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519062044 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 20:52:16 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519134775 | + | Email/Text: bnc@bass-associates.com | Dec 08 2022 20:37:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519062045 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2022 20:37:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519127988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 20:52:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 20:52:23 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062047 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 20-24061-SLM    Doc 53    Filed 12/10/22    Entered 12/11/22 00:13:57    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: 185 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| | | Dec 08 2022 20:37:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519062048 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 20:37:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519062049 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 20:37:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519062050 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 20:37:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 519062052 | Email/Text: BKPT@cfna.com | Dec 08 2022 20:37:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 519062053 | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2022 20:52:18 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519062054 | Email/Text: mrdiscen@discover.com | Dec 08 2022 20:37:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519067278 | Email/Text: mrdiscen@discover.com | Dec 08 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519062055 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2022 20:37:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519062056 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 20:52:16 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519081175 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 08 2022 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519134200 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 08 2022 20:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519062057 | Email/Text: PBNCNotifications@peritusservices.com | Dec 08 2022 20:37:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519130600 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 20:52:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519106060 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 08 2022 20:37:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519062058 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 08 2022 20:37:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519069692 | Email/PDF: cbp@onemainfinancial.com | Dec 08 2022 20:52:18 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519062059 | Email/PDF: cbp@onemainfinancial.com | Dec 08 2022 20:52:16 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519132975 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2022 20:37:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519129195 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2022 20:52:22 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519128751 | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2022 20:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519075089 | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2022 20:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519062064 | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:12 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062065 | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:11 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 519062066 | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:16 | SYNCB/JC Penney, PO Box 965007, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519062067 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:22 | SYNCB/LA-Z Boy, c/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519062068 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:21 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519062069 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:17 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 519062070 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:11 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519062071 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:10 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519120661 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 08 2022 20:37:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519062062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 20:52:18 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 20:52:23 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519121013 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519064170 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 20:52:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062072 | | Email/Text: documentfiling@lciinc.com | Dec 08 2022 20:37:00 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 519062073 | | Email/Text: documentfiling@lciinc.com | Dec 08 2022 20:37:00 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 519062074 | | Email/Text: documentfiling@lciinc.com | Dec 08 2022 20:37:00 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 519062075 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 20:52:13 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519123420 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 20:52:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062077 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 08 2022 20:37:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519081181 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519081182 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519084019 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-24061-SLM    Doc 53    Filed 12/10/22    Entered 12/11/22 00:13:57    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: 185 | Total Noticed: 59 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6