Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−24061−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Wisnovsky | Linda Wisnovsky |
| 3 Wendy Terrace | 3 Wendy Terrace |
| Garfield, NJ 07026 | Garfield, NJ 07026 |

Social Security No.:
   xxx−xx−1508                                xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 13, 2023.

Dated: January 13, 2023
JAN: env

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Wisnovsky  
Linda Wisnovsky  
    Debtors

Case No. 20-24061-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Jan 13, 2023     Form ID: plncf13     Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127 |
| 519062060 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 519062061 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 519062076 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 519062078 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 13 2023 21:09:01 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062051 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 13 2023 20:55:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519102057 | | Email/Text: BKPT@cfna.com | Jan 13 2023 20:56:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519062042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 20:58:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519111974 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 21:09:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062043 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 20:58:23 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519062044 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 20:58:24 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519134775 | + | Email/Text: bnc@bass-associates.com | Jan 13 2023 20:55:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519062045 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2023 20:56:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519127988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:08 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062047 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 20-24061-SLM    Doc 57    Filed 01/15/23    Entered 01/16/23 00:13:46    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: plncf13 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| | | Jan 13 2023 20:56:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519062048 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519062049 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519062050 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 20:56:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 519062052 | Email/Text: BKPT@cfna.com | Jan 13 2023 20:56:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 519062053 | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2023 20:58:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519062054 | Email/Text: mrdiscen@discover.com | Jan 13 2023 20:56:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519067278 | Email/Text: mrdiscen@discover.com | Jan 13 2023 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519062055 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 20:56:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519062056 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 20:58:37 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519081175 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519134200 + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 20:56:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519062057 | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 20:56:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519130600 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 20:58:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519106060 + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519062058 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2023 20:56:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519069692 | Email/PDF: cbp@onemainfinancial.com | Jan 13 2023 20:58:46 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519062059 | Email/PDF: cbp@onemainfinancial.com | Jan 13 2023 20:58:37 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519132975 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 20:56:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519129195 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 21:09:01 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519128751 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 20:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519075089 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 20:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519062064 | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:39 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062065 | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 519062066 | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:24 | SYNCB/JC Penney, PO Box 965007, Orlando, FL |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: plncf13 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519062067 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:46 | SYNCB/LA-Z Boy, c/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519062068 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:27 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519062069 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:47 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 519062070 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:24 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519062071 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:25 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519120661 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2023 20:56:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519062062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:06 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:02 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519121013 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519064170 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 20:58:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062072 | | Email/Text: documentfiling@lciinc.com | Jan 13 2023 20:55:00 | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 519062073 | | Email/Text: documentfiling@lciinc.com | Jan 13 2023 20:55:00 | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 519062074 | | Email/Text: documentfiling@lciinc.com | Jan 13 2023 20:55:00 | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 519062075 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 21:09:06 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519123420 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 20:58:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062077 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 13 2023 20:56:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519081181 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519081182 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519084019 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2023 | Form ID: plncf13 | Total Noticed: 59 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6