BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

Re:  MICHAEL WISNOVSKY  
LINDA WISNOVSKY  
3 WENDY TERRACE  
GARFIELD, NJ  07026

Atty:  BRIAN GREGORY HANNON  
LAW OFFICE OF NORGAARD O'BOYLE  
184 GRAND AVENUE  
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 20-24061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $141,711.98**

### RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/21/2021 | $1,600.00 | | 02/18/2021 | $1,600.00 | |
| 03/17/2021 | $2,000.00 | | 04/21/2021 | $2,150.00 | |
| 05/19/2021 | $2,150.00 | | 06/16/2021 | $2,150.00 | |
| 07/21/2021 | $2,150.00 | | 08/18/2021 | $2,150.00 | |
| 09/15/2021 | $2,150.00 | | 10/27/2021 | $2,230.00 | |
| 12/08/2021 | $2,170.00 | | 12/16/2021 | $59.99 | |
| 01/07/2022 | $2,170.00 | | 02/08/2022 | $2,170.00 | |
| 03/08/2022 | $2,170.00 | | 04/05/2022 | $110.00 | |
| 04/08/2022 | $2,280.99 | | 05/09/2022 | $1,141.00 | |
| 05/25/2022 | $1,141.00 | | 06/13/2022 | $1,160.00 | |
| 06/23/2022 | $1,141.00 | | 07/12/2022 | $1,200.00 | |
| 07/28/2022 | $1,200.00 | | 08/08/2022 | $1,200.00 | |
| 08/29/2022 | $1,200.00 | | 09/09/2022 | $1,200.00 | |
| 09/13/2022 | $1,200.00 | | 10/14/2022 | $1,200.00 | |
| 11/01/2022 | $1,200.00 | | 11/03/2022 | $1,200.00 | |
| 12/08/2022 | $1,200.00 | | 01/10/2023 | $1,500.00 | |

**Total Receipts: $49,543.98  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $49,543.98**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PNC BANK | | | | | | |
| | 08/15/2022 | $2,079.09 | 896,421 | 09/19/2022 | $3,421.42 | 898,047 |
| | 10/17/2022 | $1,116.84 | 899,692 | 11/14/2022 | $1,717.87 | 901,251 |
| | 11/14/2022 | $523.73 | 901,251 | 12/12/2022 | $858.94 | 902,803 |
| | 12/12/2022 | $261.86 | 902,803 | | | |

**Chapter 13 Case # 20-24061**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 08/15/2022 | $31.95 | 896,497 | 09/19/2022 | $52.58 | 898,128 |
| | 10/17/2022 | $17.16 | 899,777 | 11/14/2022 | $26.40 | 901,335 |
| | 12/12/2022 | $13.20 | 902,883 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 05/17/2021 | $1,828.90 | 8,002,272 | 06/21/2021 | $4,042.00 | 8,002,325 |
| | 08/16/2021 | $2,021.00 | 8,002,427 | 09/20/2021 | $816.40 | 8,002,474 |
| | 11/17/2021 | $2,118.50 | 8,002,576 | 12/13/2021 | $2,061.50 | 8,002,628 |
| | 01/10/2022 | $2,118.49 | 8,002,677 | 02/14/2022 | $2,061.50 | 8,002,731 |
| | 03/14/2022 | $1,432.95 | 8,002,783 | 04/18/2022 | $2,307.31 | 8,002,837 |
| | 05/16/2022 | $1,101.06 | 8,002,890 | 06/20/2022 | $2,220.46 | 8,002,942 |
| | 07/18/2022 | $2,259.06 | 8,002,992 | 08/15/2022 | $204.96 | 8,003,040 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,554.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,856.55 | 100.00% | 8,856.55 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 479.58 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 507.27 | * | 0.00 | |
| 0003 | CAVALRY SPV I LLC | UNSECURED | 668.17 | * | 0.00 | |
| 0004 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 2,534.74 | * | 0.00 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 191.80 | * | 0.00 | |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 1,674.34 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 1,009.16 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 333.63 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 26,652.89 | * | 0.00 | |
| 0011 | CREDIT FIRST NA | UNSECURED | 1,820.80 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 589.39 | * | 0.00 | |
| 0013 | DISCOVER BANK | UNSECURED | 1,961.61 | * | 0.00 | |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 26,594.09 | 100.00% | 26,594.09 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 2,275.47 | * | 0.00 | |
| 0016 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 79.84 | * | 0.00 | |
| 0017 | NISSAN-INFINITI LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | ONEMAIN | UNSECURED | 9,608.36 | * | 0.00 | |
| 0019 | PNC BANK | MORTGAGE ARRE | 28,502.35 | 100.00% | 9,194.16 | |
| 0020 | QUALITY DENTAL CARE, P.C. | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK | UNSECURED | 515.58 | * | 0.00 | |
| 0022 | SYNCHRONY BANK | UNSECURED | 1,838.16 | * | 0.00 | |
| 0023 | SYNCHRONY BANK | UNSECURED | 2,118.73 | * | 0.00 | |
| 0024 | SYNCHRONY BANK | UNSECURED | 577.82 | * | 0.00 | |
| 0025 | SYNCHRONY BANK | UNSECURED | 664.29 | * | 0.00 | |
| 0026 | SYNCHRONY BANK | UNSECURED | 2,178.58 | * | 0.00 | |
| 0027 | SYNCHRONY BANK | UNSECURED | 1,991.42 | * | 0.00 | |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 417.64 | * | 0.00 | |
| 0029 | CITIBANK NA | UNSECURED | 803.12 | * | 0.00 | |
| 0030 | CITIBANK NA | UNSECURED | 758.38 | * | 0.00 | |
| 0032 | TELECOM SELF REPORTED/DISNEYPLUS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | TELECOM SELF REPORTED/NETFLIX | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | TELECOM SELF REPORTED/VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK NA | UNSECURED | 824.15 | * | 0.00 | |
| 0037 | UTILITY SELF REPORTED/PUBLIC SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | WEBBANK/FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 404.21 | * | 0.00 | |
| 0043 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 264.29 | * | 0.00 | |

**Chapter 13 Case # 20-24061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0044 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 361.63 | * | 0.00 | |
| 0045 | CAVALRY SPV I LLC | UNSECURED | 627.10 | * | 0.00 | |
| 0046 | JPMORGAN CHASE BANK NA | UNSECURED | 3,497.99 | * | 0.00 | |
| 0047 | JPMORGAN CHASE BANK NA | UNSECURED | 2,771.08 | * | 0.00 | |
| 0048 | JPMORGAN CHASE BANK NA | UNSECURED | 607.47 | * | 0.00 | |
| 0049 | KOHLS DEPARTMENT STORE | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | UNITED STATES TREASURY/IRS | UNSECURED | 2,428.47 | * | 0.00 | |
| 0051 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 154.86 | * | 0.00 | |
| 0052 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 242.76 | * | 0.00 | |
| 0053 | SANTANDER CONSUMER USA INC. | (NEW) Auto Agreed | 438.00 | 100.00% | 141.29 | |
| 0054 | PNC BANK | (NEW) MTG Agree | 6,672.10 | 100.00% | 785.59 | |

**Total Paid: $48,126.48**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $49,543.98    -    Paid to Claims: $36,715.13    -    Admin Costs Paid: $11,411.35    =    Funds on Hand: $1,417.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.