# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
PNC BANK, NATIONAL ASSOCIATION

CASE NO. 20-24061 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Linda Wisnovsky
Michael Wisnovsky

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 4/14/2006

I, __Barbara Essman__, employed as <u>Authorized Signer</u>by PNC BANK, NATIONAL ASSOCIATION, hereby certifies the following information:
Recorded on May 1, 2006 in Bergen County, in Book 15836, at Page 021.
Property Address: <u>3 Wendy Ter, Garfield NJ 07026.</u>

Mortgage Holder: <u>PNC BANK, NATIONAL ASSOCIATION</u>

Mortgagor(s)/ Debtor(s): <u>Linda Wisnovsky, Michael Wisnovsky</u>

POST-PETITION PAYMENTS (Petition filed on December 31, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 11/03/2022 | | | - |
| | | To Suspense | $1,322.00 | 12/01/2022 | $1,322.00 |
| | | To Suspense | $942.00 | 12/21/2022 | $2,264.00 |
| $2,263.45 | 10/15/2022 | 10/2022 | From Suspense | 12/22/2022 | $0.55 |
| $2,263.45 | 11/15/2022 | | $0.00 | | $0.55 |
| $2,263.45 | 12/15/2022 | | $0.00 | | $0.55 |
| | | To Suspense | $1,132.00 | 01/04/2023 | $1,132.55 |
| $2,263.45 | 01/15/2023 | | $0.00 | | $1,132.55 |
| **Total Due: $9,053.80** | | **Total Received: $3,396.00** | | **Arrears: $5,657.80** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $2,263.45
Arrears: $5,657.80

Each current monthly payment is comprised of:
    Principal and Interest: $2,263.45_____
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $_____ (Specify:_____)
    TOTAL $2,263.45_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary) N/A

PRE-PETITION ARREARS: $28,502.35
I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/24/2023

_____
Signature
Barbara Essman, Authorized Signer