**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C. <br> By: Denise Carlon Esquire <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> 201-549-2363 <br> Attorneys for Secured Creditor: PNC BANK, NATIONAL ASSOCIATION |
| In Re: <br> Linda Wisnovsky <br> Michael Wisnovsky <br>         Debtor(s) |

Case No:   20-24061 SLM

Chapter:   13

Judge:   Stacey L. Meisel

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 01/31/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 01/31/2023                    /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Linda Wisnovsky<br>3 Wendy Terrace<br>Garfield, NJ 07026<br><br>Michael Wisnovsky<br>3 Wendy Terrace<br>Garfield, NJ 07026 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Brian Gregory Hannon<br>Law Office of Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |