Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−24061−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Michael Wisnovsky  
  3 Wendy Terrace  
  Garfield, NJ 07026  

  Linda Wisnovsky  
  3 Wendy Terrace  
  Garfield, NJ 07026  

Social Security No.:
  xxx−xx−1508                                          xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/8/23 at 10:00 AM

to consider and act upon the following:

**60** − Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: re: 3 Wendy Terrace, Garfield, NJ, 07026. Fee Amount $ 188. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 48 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 02/14/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Brian Gregory Hannon on behalf of Linda Wisnovsky, Michael Wisnovsky. (Hannon, Brian)

Dated: 2/15/23

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court