UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Linda Wisnovsky & Michael Wisnovsky,

Debtors.

| | |
|---|---|
| Case No.: | 20-24061-SLM |
| Chapter: | 13 |
| Hearing Date: | 3/8/2023 |
| Judge: | Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 59)

_____

Date: 3/7/2023                                             /s/ Denise Carlon
                                                                       Signature

*rev.8/1/15*