UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 201-549-2363
dcarlon@kmllawgroup.com
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on March 27, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  20-24061 SLM

In Re:
Linda Wisnovsky
Michael Wisnovsky,

Debtor.

Hearing Date:  3/8/2023 @ 10:00 a.m.

Judge:  Stacey Meisel

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEAFULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 27, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Linda Wisnovsky and Michael Wisnovsky
Case No: 20-24061 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 3 Wendy Terrace, Garfield, NJ, 07026, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brian Gregory Hannon, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 6, 2023 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2022 through February 2023 for a total post-petition default of $6,771.25(3 @ $2,263.45 less suspense $19.10); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,771.25 will be paid by Debtor remitting $1,128.54 per month for five months and $1,128.55 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on April 1, 2023 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 15, 2023, directly to Secured Creditor, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.