| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ 07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
| MICHAEL WISNOVSKY |
| LINDA WISNOVSKY |

Case No.: 20-24061

Adv. No.:

Hearing Date: 07/12/2023

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/07/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
MICHAEL WISNOVSKY
LINDA WISNOVSKY
3 WENDY TERRACE
GARFIELD, NJ 07026
Mode of Service: Regular Mail

Attorney for Debtor(s):
BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ 07631
Mode of Service: ECF and/or Regular Mail

Dated: June 07, 2023

By: /S/ Jessica Antoine
Jessica Antoine