Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−24061−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Wisnovsky                     Linda Wisnovsky
3 Wendy Terrace                       3 Wendy Terrace
Garfield, NJ 07026                    Garfield, NJ 07026

Social Security No.:
  xxx−xx−1508                         xxx−xx−8465

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 12, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 12, 2023
JAN: ntp

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-24061-SLM
Michael Wisnovsky  Chapter 13
Linda Wisnovsky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jul 12, 2023  Form ID: 148  Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Wisnovsky, Linda Wisnovsky, 3 Wendy Terrace, Garfield, NJ 07026-1127 |
| 519062060 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 519062061 | | Quality Dental Care, P.C., 34 Wisse St Ste 23, Lodi, NJ 07644-3828 |
| 519062072 | | Telecom Self Reported/DisneyPlus, PO Box 4500, Allen, TX 75013-1311 |
| 519062073 | | Telecom Self Reported/Netflix, PO Box 4500, Allen, TX 75013-1311 |
| 519062074 | | Telecom Self Reported/Verizon, PO Box 4500, Allen, TX 75013-1311 |
| 519062076 | | Utility Self Reported/Public Service Ent, PO Box 4500, Allen, TX 75013-1311 |
| 519062078 | | Webbank/LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2023 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2023 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 13 2023 00:46:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519062051 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 12 2023 20:55:00 | Credit Corp Solutions Inc., 121 W Election Rd Ste 200, Draper, UT 84020-7766 |
| 519102057 | | EDI: CRFRSTNA.COM | Jul 13 2023 00:46:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 519062042 | | EDI: CAPITALONE.COM | Jul 13 2023 00:46:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519111974 | + | EDI: AIS.COM | Jul 13 2023 00:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062043 | | EDI: CAPITALONE.COM | Jul 13 2023 00:46:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519062044 | | EDI: CAPITALONE.COM | Jul 13 2023 00:46:00 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519134775 | + | EDI: BASSASSOC.COM | Jul 13 2023 00:46:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519062045 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2023 20:56:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519127988 | | EDI: CITICORP.COM | Jul 13 2023 00:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-24061-SLM    Doc 75    Filed 07/14/23    Entered 07/15/23 00:17:25    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 148 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 519062046 | EDI: CITICORP.COM | Jul 13 2023 00:46:00 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062047 | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519062048 | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519062049 | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 519062050 | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 519062052 | EDI: CRFRSTNA.COM | Jul 13 2023 00:46:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 519062053 | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2023 21:02:16 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519062054 | EDI: DISCOVER.COM | Jul 13 2023 00:46:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519067278 | EDI: DISCOVER.COM | Jul 13 2023 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519062055 | EDI: IRS.COM | Jul 13 2023 00:46:00 | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519062056 | EDI: JPMORGANCHASE | Jul 13 2023 00:46:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 519081175 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 12 2023 20:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519134200 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 20:55:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519062057 | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 20:55:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519130600 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 21:02:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519106060 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2023 20:55:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519062058 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 12 2023 20:55:00 | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519069692 | EDI: AGFINANCE.COM | Jul 13 2023 00:46:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519062059 | EDI: AGFINANCE.COM | Jul 13 2023 00:46:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519132975 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2023 20:55:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519129195 | EDI: PRA.COM | Jul 13 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519128751 | EDI: Q3G.COM | Jul 13 2023 00:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519075089 | EDI: Q3G.COM | Jul 13 2023 00:46:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519062064 | EDI: RMSC.COM | Jul 13 2023 00:46:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519062065 | EDI: RMSC.COM | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 148 | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 13 2023 00:46:00 | SYNCB/HSN, PO Box 965017, Orlando, FL 32896-5017 |
| 519062066 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 519062067 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/LA-Z Boy, c/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519062068 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519062069 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/PC Richards, PO Box 965036, Orlando, FL 32896-5036 |
| 519062070 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519062071 | | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519120661 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jul 12 2023 20:56:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519062062 | | EDI: CITICORP.COM | | |
| | | | Jul 13 2023 00:46:00 | Sears/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519062063 | | EDI: CITICORP.COM | | |
| | | | Jul 13 2023 00:46:00 | Shell/ Citibank CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519121013 | + | EDI: RMSC.COM | | |
| | | | Jul 13 2023 00:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519064170 | + | EDI: AIS.COM | | |
| | | | Jul 13 2023 00:46:00 | Synchrony Bank, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062075 | | EDI: CITICORP.COM | | |
| | | | Jul 13 2023 00:46:00 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519123420 | + | EDI: AIS.COM | | |
| | | | Jul 13 2023 00:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519062077 | + | EDI: BLUESTEM | | |
| | | | Jul 13 2023 00:46:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519081181 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519081182 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519084019 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Gregory Hannon | on behalf of Debtor Michael Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Linda Wisnovsky bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6