UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>　　　MICHAEL WISNOVSKY<br>　　　LINDA WISNOVSKY<br>　　　　　Debtor(s) | Case No. 20-24061 |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2020.

2) The plan was confirmed on 04/15/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/13/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2023.

5) The case was dismissed on 07/12/2023.

6) Number of months from filing or conversion to last payment: 30.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,392.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $58,144.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $58,144.98

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $8,856.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,057.86 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $11,914.41

Attorney fees paid and disclosed by debtor:    $2,687.00

**Attorney Fees:**

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| BRIAN GREGORY HANNON | Attorney Fee | $2,687.00 | $8,856.55 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 622.00 | 479.58 | 479.58 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 498.00 | 507.27 | 507.27 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 475.00 | 404.21 | 404.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 259.00 | 264.29 | 264.29 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 340.00 | 361.63 | 361.63 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 297.00 | 627.10 | 627.10 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 658.00 | 668.17 | 668.17 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 790.00 | 803.12 | 803.12 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 772.63 | 758.38 | 758.38 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 793.00 | 824.15 | 824.15 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,749.00 | 1,820.80 | 1,820.80 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,988.00 | 1,961.61 | 1,961.61 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 2,237.00 | 2,275.47 | 2,275.47 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 3,440.00 | 3,497.99 | 3,497.99 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 2,725.00 | 2,771.08 | 2,771.08 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 597.00 | 607.47 | 607.47 | 0.00 | 0.00 |
| KOHLS DEPARTMENT STORE | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| KOHL'S PERITUS PORTFOLIO SERVIC | Unsecured | 89.00 | 79.84 | 79.84 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 610.00 | 589.39 | 589.39 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,269.00 | 2,534.74 | 2,534.74 | 0.00 | 0.00 |
| NISSAN-INFINITI LT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONEMAIN | Unsecured | 9,608.36 | 9,608.36 | 9,608.36 | 0.00 | 0.00 |
| PNC BANK | Secured | 6,672.10 | 6,672.10 | 6,672.10 | 2,982.90 | 0.00 |
| PNC BANK | Secured | 28,502.35 | 28,502.35 | 28,502.35 | 16,401.53 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 399.00 | 417.64 | 417.64 | 0.00 | 0.00 |
| QUALITY DENTAL CARE, P.C. | Unsecured | 1,226.60 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 188.00 | 191.80 | 191.80 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 1,440.00 | 1,674.34 | 1,674.34 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,081.00 | 1,009.16 | 1,009.16 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 349.00 | 333.63 | 333.63 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 29,048.49 | 26,652.89 | 26,652.89 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC. | Secured | 438.00 | 438.00 | 438.00 | 252.05 | 0.00 |
| SYNCHRONY BANK | Unsecured | 504.00 | 515.58 | 515.58 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,807.00 | 1,838.16 | 1,838.16 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,097.00 | 2,118.73 | 2,118.73 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 577.00 | 577.82 | 577.82 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 657.00 | 664.29 | 664.29 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 2,133.00 | 2,178.58 | 2,178.58 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,958.00 | 1,991.42 | 1,991.42 | 0.00 | 0.00 |
| TELECOM SELF REPORTED/DISNEYP | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| TELECOM SELF REPORTED/NETFLIX | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TELECOM SELF REPORTED/VERIZON | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | 26,594.09 | 26,594.09 | 26,594.09 | 26,594.09 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | NA | 2,428.47 | 2,428.47 | 0.00 | 0.00 |
| UTILITY SELF REPORTED/PUBLIC SE | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 154.86 | 154.86 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 242.76 | 242.76 | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $35,174.45 | $19,384.43 | $0.00 |
| Debt Secured by Vehicle | $438.00 | $252.05 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$35,612.45** | **$19,636.48** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $26,594.09 | $26,594.09 | $0.00 |
| **TOTAL PRIORITY:** | **$26,594.09** | **$26,594.09** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$74,434.78** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,914.41 |
| Disbursements to Creditors | $46,230.57 |
| **TOTAL DISBURSEMENTS :** | **$58,144.98** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/30/2023                By: /s/ Marie-Ann Greenberg
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.