Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−24061−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Wisnovsky                        Linda Wisnovsky
3 Wendy Terrace                          3 Wendy Terrace
Garfield, NJ 07026                       Garfield, NJ 07026

Social Security No.:
xxx−xx−1508                                          xxx−xx−8465

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 4, 2023                   Stacey L. Meisel
                                         Judge, United States Bankruptcy Court